# MEMORANDUM
## United States District Court
Eastern District of New York

**To:** Judge Ross
United States District Judge

**From:** Mary Ann McGee
Appeals Clerk

**Date:** 7/19/05

**Case Number:** CV-05-2174
<u>Venetucci v. Dept of State</u>

FILED 05 JUL 22 PH 12:22

### Attached please find Motion/Request for:

| | | Granted | Denied |
|---|---|---|---|
| __X__ | Leave to appeal in forma pauperis | | X |
| _____ | Certificate of Appealability | | |
| _____ | Notice of Appeal. There is no request for, or ruling on, Certificate of Appealability. | | |
| _____ | Extension of Time to File Notice of Appeal | | |
| _____ | Assignment of Counsel. | | |
| _____ | Reconsideration | | |

SO ORDERED

*[signature]*
United States District Judge

**Dated:**

It is hereby certified pursuant to 18 U.S.C. § 1915(a)(3) that any appeal from the court's June 21, 2005 order would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of an appeal.